# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARSHALL NELSON, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:20-CV-467 |
| THE CARLSTAR GROUP, LLC, | ) JURY DEMANDED |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Alexander J. Cramer, of the Nelson Law Group, will withdraw as counsel for Plaintiff. Attorney Jesse D. Nelson, of the Nelson Law Group, will remain as counsel.

RESPECTFULLY SUBMITTED,

*/s/ Alexander J. Cramer*
JESSE D. NELSON (BPR # 025602)
ALEXANDER J. CRAMER (BPR # 037697)
NELSON LAW GROUP, PLLC
*Attorneys for Plaintiff*
10263 Kingston Pike
Knoxville, Tennessee 37922
(865) 383-10530
jesse@NLGattorneys.com
alex@NLGattorneys.com

1

CERTIFICATE OF SERVICE

I certify that this document or pleading was served via the Court's ECF Filing System on all users authorized and directed to receive such service, this 3rd day of February, 2021.

*s/Alexander J. Cramer*